JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREFERRED BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RBC ROYAL BANK (BAHAMAS) LIMITED,<br><br>    Defendant. | Case No. 2:25-cv-00619-SB-JCx<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order on the parties' cross-motions for summary judgment entered this date, judgment is entered as follows:

1. Defendant is entitled to declaratory judgment on its claim that it has a right to the $1,854,099.90 sent by wire transfer to Sigue Corporation between April 23 and April 30, 2024, and that Preferred has wrongfully withheld these funds. Relatedly, Defendant is granted judgment on its counterclaims for conversion and money had and received.

2. The $1,854,099.90 is held in constructive trust by Plaintiff, and Plaintiff is ordered to remit the funds to Defendant forthwith.

3. Defendant shall recover from Plaintiff prejudgment interest at a rate of 7 percent per annum calculated (1) starting April 24, 2024, on the amount of $1,819,064.78, (2) starting April 26, 2024, on the amount of $31,635.00, and (3) starting May 1, 2024, on the amount of $3,400.12, each running until the date of entry of this final judgment.

4. Defendant shall recover from Plaintiff any postjudgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this final judgment until the date that Plaintiff remits to Defendant the $1,854,099.90 in funds held in constructive trust.

5. Defendant's counterclaims for unjust enrichment, violation of California's Commercial Code, and violation of California's Unfair Competition Law are dismissed with prejudice, and its counterclaim for violation of the Money Transmission Act is dismissed without prejudice.

6. Plaintiff's claim for declaratory relief is dismissed with prejudice.

This is a final judgment.

Date: November 25, 2025

_____

Stanley Blumenfeld, Jr.
United States District Judge